

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS:DKK
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

By ECF

May 10, 2019

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
                Criminal Docket No. 18-00457 (AMD)

Dear Judge Donnelly:

      Attached is a redacted, unclassified version of the government's Motion to Disqualify James M. Cole, Esq. The government will submit a separate letter under seal documenting the redactions.

      Very truly yours,

      RICHARD P. DONOGHUE
      United States Attorney
      Eastern District of New York

By:    /s/ David K. Kessler
      Alexander A. Solomon
      Julia Nestor
      David K. Kessler
      Kaitlin T. Farrell
      Sarah M. Evans
      Assistant U.S. Attorneys

| | |
|---|---|
| DEBORAH L. CONNOR<br>Chief<br>Money Laundering and Asset Recovery Section<br>Criminal Division<br>U.S. Department of Justice | JAY I. BRATT<br>Chief<br>Counterintelligence and Export Control Section<br>National Security Division<br>U.S. Department of Justice |
| Laura M. Billings<br>Christian J. Nauvel<br>Trial Attorneys | Thea D. R. Kendler<br>David Lim<br>Trial Attorneys |