

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

AAS:DKK
F. #2017R05903

*271 Cadman Plaza East
Brooklyn, New York 11201*

February 25, 2020

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
                Criminal Docket No. 18-00457 (S-3) (AMD)

Dear Judge Donnelly:

      On February 19, 2020, this Court provided the government with a redacted version of the Court's December 3, 2019 decision granting the government's motion to disqualify (the "February 19 Redacted Opinion"). The government does not object to the public filing of the February 19 Redacted Opinion.

                                Respectfully submitted,

                                RICHARD P. DONOGHUE
                                United States Attorney

                By:      /s/ David K. Kessler
                        Alexander A. Solomon
                        Julia Nestor
                        David K. Kessler
                        Sarah Evans
                        Assistant U.S. Attorneys
                        (718) 254-7000

Cc: All defense counsel (by ECF)