

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AAS:JN/DKK/SME/MAA<br>F. #2017R05903 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

September 24, 2021

<u>By ECF</u>

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Wanzhou Meng
     <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Judge Donnelly:

   The government respectfully submits this letter to inform the Court that the parties will appear at 1:00 p.m. on Friday, September 24, 2021, to address with this Court a resolution of the charges against the defendant in this matter.

              Respectfully submitted,

              NICOLE BOECKMANN
              Acting United States Attorney
              Acting Under Authority Conferred by 28
              U.S.C. § 515

      By:   /s/ David K. Kessler
          Alexander A. Solomon
          Julia Nestor
          David K. Kessler
          Sarah M. Evans
          Meredith A. Arfa
          Assistant U.S. Attorneys

| | |
|---|---|
| DEBORAH L. CONNOR<br>Chief<br>Money Laundering and Asset Recovery Section<br>Criminal Division, U.S. Department of Justice | JAY I. BRATT<br>Chief<br>Counterintelligence and Export Control Section<br>National Security Division, U.S. DOJ |
| Laura M. Billings<br>Christian J. Nauvel<br>Trial Attorneys | Thea D. R. Kendler<br>David Lim<br>R. Elizabeth Abraham<br>Trial Attorneys |

CC: Defense counsel