UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., et al.,<br><br>Defendants. | Case No. 18 Cr. 457 (AMD)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that David B. Hirsch, of Steptoe & Johnson, LLP, hereby respectfully enters his appearance as counsel of record in the above-captioned action for and on behalf of Defendant Wanzhou Meng.  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated:   New York, New York
         September 24, 2021

                                       STEPTOE & JOHNSON LLP

                                       By: */s/ David B. Hirsch*
                                             David B. Hirsch
                                             1114 Avenue of the Americas
                                             New York, NY 10036
                                             Telephone: (212) 506-3900
                                             Facsimile: (212) 506-3950
                                             Email: dhirsch@steptoe.com

                                       *Counsel for Defendant Wanzhou Meng*