UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., et al.,<br><br>Defendants. | Case No. 18 Cr. 457 (AMD)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that James L. Brochin, of Steptoe & Johnson, LLP, hereby respectfully enters his appearance as counsel of record in the above-captioned action for and on behalf of Defendant Wanzhou Meng. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated:   New York, New York
         September 24, 2021

                              STEPTOE & JOHNSON LLP

                              By: */s/ James L. Brochin*
                                  James L. Brochin
                                  1114 Avenue of the Americas
                                  New York, NY 10036
                                  Telephone: (212) 506-3900
                                  Facsimile: (212) 506-3950
                                  Email: jbrochin@steptoe.com

                              *Counsel for Defendant Wanzhou Meng*