

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

AAS/DKK/SME/MAA/LB/CJN
F. #2017R05903

December 8, 2021

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael A. Levy
Brian J. Stretch
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

     Re: United States v. Huawei Technologies Co., Ltd., et al.
       <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

  Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.  <u>The Government's Discovery</u>

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Financial institution records | Sensitive Discovery Material ("SDM") | DOJ_HUAWEI_A_0111351467 – DOJ_HUAWEI_A_0111351469 |
| Staffing company records | SDM | DOJ_HUAWEI_A_0111351470 |

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Staffing company records | Discovery Material | DOJ_HUAWEI_A_0111351471 – DOJ_HUAWEI_A_0111351481 |

Very truly yours,

NICOLE BOECKMANN
Acting United States Attorney
Acting Under Authority Conferred by 28
U.S.C. § 515

By: /s/ David K. Kessler
Alexander A. Solomon
David K. Kessler
Sarah Evans
Meredith Arfa
Assistant United States Attorneys
(718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By: /s/ Laura Billings
Laura Billings
Christian J. Nauvel
Trial Attorneys

JAY I. BRATT
Chief, Counterintelligence and Export
Control Section
National Security Division, U.S. Department
of Justice

By: /s/ Thea D. R. Kendler
Thea D. R. Kendler
David Lim
R. Elizabeth Abraham
Trial Attorneys

cc: Clerk of the Court (AMD) (by ECF) (without Enclosures)