Michelle Levin
212 506 3900
mlevin@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

January 6, 2022

<u>**Via ECF**</u>

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *United States v. Huawei Technologies Co., Ltd., et al.*, No. 18 Cr. 457 (S-3) (AMD); <u>Motion to Withdraw as Attorney</u>

Dear Judge Donnelly:

This firm represents Defendant Wanzhou Meng in the above-referenced matter.

Pursuant to Local Rule 1.4, we respectfully request that David B. Hirsch be removed from the docket as an attorney for Ms. Meng because he is no longer associated with Steptoe & Johnson LLP.

Respectfully submitted,

<u>/s/ *Michelle Levin*</u>

STEPTOE & JOHNSON LLP
Reid Weingarten
Michelle Levin
James L. Brochin
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900
Facsimile: (212) 506-3950

*Counsel for Defendant Wanzhou Meng*

cc:   David B. Hirsch
      Wanzhou Meng