

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

AAS/MAA/RMP
F. #2017R05903

April 4, 2024

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
                Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

      The government respectfully submits this letter on behalf of the parties in advance of the status conference later today to jointly propose a briefing schedule for the Court's consideration. The parties will be prepared to discuss the proposed schedule in greater detail and address any question the Court may have at the status conference.

| Filing | Proposed due date |
|---|---|
| Motion(s) concerning protective order and/or Bureau of Industry and Security ("BIS") licenses | May 31, 2024 |
| Government response re: protective order and/or BIS licenses | July 1, 2024 |
| Defense reply re: protective order and/or BIS licenses | July 15, 2024 |
| Motion to sever | September 6, 2024 |
| Government response re: motion to sever | October 4, 2024 |
| Defense reply re: motion to sever | October 18, 2024 |
| Motions to dismiss | November 1, 2024 |
| Motion for bill of particulars | November 12, 2024 |
| Government response re: bill of particulars | December 13, 2024 |
| Defense reply re: bill of particulars | January 10, 2025 |

1

| | |
|---|---|
| Any additional discovery motions | January 24, 2025 |
| Government response to motions to dismiss | January 20, 2025 |
| Government response re: discovery motions | February 24, 2025 |
| Defense reply re: motions to dismiss | February 20, 2025 |
| Defense reply re: discovery motions | March 10, 2025 |
| Any suppression motions as to evidence produced on or before December 31, 2024, including any suppression motions concerning Foreign Intelligence Surveillance Act ("FISA") | March 3, 2025 |
| Government response to non-FISA suppression motions | April 14, 2025 |
| Defense reply to non-FISA suppression motions | May 5, 2025 |
| Government response to FISA-related suppression motions | June 2, 2025 |
| Defense reply re: FISA-related suppression motions | July 2, 2025 |

\*   \*   \*

Respectfully submitted,

BREON PEACE
United States Attorney
Eastern District of New York

By:  /s/ Alexander A. Solomon
Alexander A. Solomon
Meredith A. Arfa
Robert M. Pollack
Assistant United States Attorneys
(718) 254-7000


MARGARET A. MOESER
Acting Chief, Money Laundering and Asset Recovery Section,
Criminal Division
U.S. Department of Justice

By:  /s/ Laura Billings

        Laura Billings
        Taylor Stout
        Jasmin Salehi Fashami
        Trial Attorney

        JENNIFER KENNEDY GELLIE
        Acting Chief, Counterintelligence and
        Export Control Section
        National Security Division, U.S. Department of Justice

By:   /s/ David Lim
      David Lim
      Christian Nauvel
      Yifei Zheng
      Garrett Coyle
      Trial Attorneys

cc:  Clerk of the Court (by ECF and Email)
     Defense counsel of record (by ECF)